ASHLEY R. AMERIO, ESQ. (SBN 230469)
JEFFREY FLETTERICK, ESQ. (SBN 270847)
**AMERIO LAW FIRM P.C.**
1651 Response Road, First Floor
Sacramento, CA 95815
Telephone: (916) 419.1111
Email: ashley@ameriolaw.com
         jeff@ameriolaw.com

Attorneys for Plaintiff,
ALLEGRA CASIMIR-TAYLOR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of HUGO PINELL, deceased, by and through ALLEGRA CASIMIR-TAYLOR, as Successor in Interest and ALLEGRA CASIMIR-TAYLOR, Individually<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SCOTT KERNAN, RON RACKLEY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:<br><br>**AMENDED DECLARATION OF ALLEGRA CASIMIR-TAYLOR PURSUANT TO SECTION 377.32 OF THE CIVIL CODE OF PROCEDURE** |

I, ALLEGRA CASIMIR-TAYLOR, declare as follows:

1.   I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2.   I am the daughter of Hugo Pinell who died on August 12, 2015 at Folsom, California.

3.   No proceeding is now pending in the State of California for the Administration of the Estate of Hugo Pinell.

4.   No other person has a superior right to commence the action or proceeding or to

1  be substituted for the decedent in the pending action or proceeding

2      5.    A certified copy of the death certificate for Hugo Pinell is attached hereto as

3  Exhibit "A"

4      6.    The affiant or declarant affirms or declares under penalty of perjury under the

5  laws of the State of California that the foregoing is true and correct. This declaration is executed

6  on September 22, 2016 at Sacramento, California.

*[signature]*
ALLEGRA CASIMIR-TAYLOR

AMERIO LAW FIRM, P.C.
1651 Response Road, Suite 111
Sacramento, CA 95815

Exhibit A
REDACTED