ASHLEY R. AMERIO, ESQ. (SBN 230469)
JEFFREY FLETTERICK, ESQ. (SBN 270847)
**AMERIO LAW FIRM P.C.**
1651 Response Road, First Floor
Sacramento, CA  95815
Telephone: (916) 419.1111
Email: ashley@ameriolaw.com
      jeff@ameriolaw.com

Attorneys for Plaintiff,
ALLEGRA CASIMIR-TAYLOR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of HUGO PINELL, deceased, by and through ALLEGRA CASIMIR-TAYLOR, as Successor in Interest and ALLEGRA CASIMIR-TAYLOR, Individually<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SCOTT KERNAN, RON RACKLEY, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.:<br><br>**AMENDED DECLARATION OF ALLEGRA CASIMIR-TAYLOR PURSUANT TO SECTION 377.32 OF THE CIVIL CODE OF PROCEDURE** |

I, ALLEGRA CASIMIR-TAYLOR, declare as follows:

1.    I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2.    I am the daughter of Hugo Pinell who died on August 12, 2015 at Folsom, California.

3.    No proceeding is now pending in the State of California for the Administration of the Estate of Hugo Pinell.

4.    No other person has a superior right to commence the action or proceeding or to

1    be substituted for the decedent in the pending action or proceeding

2         5.    A certified copy of the death certificate for Hugo Pinell is attached hereto as

3    Exhibit "A"

4         6.    The affiant or declarant affirms or declares under penalty of perjury under the

5    laws of the State of California that the foregoing is true and correct. This declaration is executed

6    on Sepbenber 22, 2016 at Sacreamento, California.

7

8                                    ALLEGRA CASIMIR-TAYLOR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMERIO LAW FIRM, P.C.
1651 Response Road, Suite 111
Sacramento, CA  95815

Exhibit A

REDACTED

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# SACRAMENTO COUNTY
### DEPARTMENT OF HEALTH AND HUMAN SERVICES

3052015159789   **CERTIFICATE OF DEATH**   3201534007480

STATE FILE NUMBER   LOCAL REGISTRATION NUMBER

| 1. NAME OF DECEDENT-FIRST (Given) HUGO | 2. MIDDLE ANTONIO | 3. LAST (Family) PINELL | | |
|---|---|---|---|---|
| AKA, ALSO KNOWN AS - Include full AKA if used (FIRST, MIDDLE, LAST) HUGO ANTONIO MARTINEZ - PINELL | | | | 6. SEX M |
| 7. BIRTH STATE/FOREIGN COUNTRY NICARAGUA | | 10. EVER IN U.S. ARMED FORCES? ☐ YES ☒ NO | 11. MARITAL STATUS AT TIME OF DEATH WIDOWED | 12. DATE OF DEATH 08/12/2015 1322 |
| 13. EDUCATION 10 | 14a. LATINO ☒ YES | 15. RACE NICARAGUAN | | |
| 17. USUAL OCCUPATION GENERAL LABORER | 18. KIND OF BUSINESS OR INDUSTRY LABOR | | | 19. YEARS IN OCCUPATION 1 |
| 21. DECEDENT'S RESIDENCE 5905 LAKE EARL DRIVE | | | | |
| 22. CITY CRESCENT CITY | 23. COUNTY DEL NORTE | 24. ZIP CODE 95532 | 25. YEARS IN COUNTY 23 | 26. STATE/FOREIGN COUNTRY CA |
| 27. INFORMANT'S NAME, RELATIONSHIP MARINA CAYETANO, MOTHER | | 2650 SAN JOSE AVENUE, SAN FRANCISCO, CA 94112 | | |
| 29. NAME OF SURVIVING SPOUSE-FIRST | 30. MIDDLE | 31. LAST | | |
| 32. NAME OF FATHER-FIRST DANIEL | 33. MIDDLE LUGO | 34. LAST CAYETANO | | 35. BIRTH STATE TX |
| 36. NAME OF MOTHER-FIRST MARINA | 37. MIDDLE HAYDEE | 38. LAST MARTINEZ | | 39. BIRTH STATE NICARAGUA |
| 40. DISPOSITION DATE 08/20/2015 | 42. PLACE OF FINAL DISPOSITION HOLY CROSS CATHOLIC CEMETERY 1500 OLD MISSION ROAD, COLMA, CA 94014 | | | |
| 43. TYPE OF DISPOSITION BU | 44. SIGNATURE OF EMBALMER WANDA CARDONA | | | 45. LICENSE NUMBER EMB7919 |
| 47. NAME OF FUNERAL ESTABLISHMENT VALENCIA ST. SERRA MORTUARIES FD1665 | 48. SIGNATURE OF LOCAL REGISTRAR OLIVIA KASIRYE, MD | | | 08/18/2015 |

| 101. PLACE OF DEATH PRISON | | | | | | |
|---|---|---|---|---|---|---|
| 103. COUNTY SACRAMENTO | 102. FACILITY ADDRESS OR LOCATION WHERE FOUND 100 PRISON ROAD | | | | | 104. CITY REPRESA |
| 107. CAUSE OF DEATH IMMEDIATE CAUSE SHARP FORCE INJURIES | | | | Time Int. Onset to Death | 111. AUTOPSY PERFORMED? ☒ YES ☐ NO | 112. CASE 15-04224 |
| | | | | | 113. BIOPSY PERFORMED? ☐ YES ☒ NO | |
| | | | UNK | | 114. USED IN DETERMINING CAUSE? ☒ YES ☐ NO | |
| 116. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 NONE | | | | | | |
| 119. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 116? NO | | | | | ☐ YES ☒ NO | |

| 122. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE... | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ☒ NO | 08/12/2015 | 1300 |
| PRISON | | | | | | | | |
| THE DECEDENT WAS STABBED BY ANOTHER INDIVIDUAL(S) | | | | | | | | |
| 100 PRISON ROAD, REPRESA, CA 95671 | | | | | | | | |
| JENNIFER BECKER | | | 06/17/2015 | JENNIFER BECKER, DEPUTY CORONER | | | | |

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO } SS

This is a true and exact reproduction of the document officially registered and placed on file with the SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES.

DATE ISSUED: **August 27, 2015**



Olivia Kasirye MD
LOCAL REGISTRAR

This copy not valid unless prepared on an engraved border displaying date and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE.

*001535899*