ASHLEY R. AMERIO, ESQ. (SBN 230469)
JEFFREY FLETTERICK, ESQ. (SBN 270847)
**AMERIO LAW FIRM P.C.**
1651 Response Road, First Floor
Sacramento, CA  95815
Telephone: (916) 419.1111
Email: ashley@ameriolaw.com
          jeff@ameriolaw.com

Attorneys for Plaintiff,
ALLEGRA CASIMIR-TAYLOR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of HUGO PINELL, deceased, by and through ALLEGRA CASIMIR-TAYLOR, as Successor in Interest and ALLEGRA CASIMIR-TAYLOR, Individually<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SCOTT KERNAN, RON RACKLEY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: **2:16-cv-02309-TLN-DB**<br><br>**DECLARATION OF JEFFREY FLETTERICK IN RESPONSE TO ORDERED TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO SERVE** |

I, Jeffrey Fletterick declare as follows:

1. I am an attorney duly licensed to practice in the State of California and before the District Court for the Eastern District of California. This declaration is based on personal knowledge of the matters set forth herein.

2. I am one of the attorneys of record for Plaintiff ALLEGRA CASIMIR-TAYLOR in the instant matter.

3. I have personal knowledge of all facts stated in this declaration, and if called to

testify, I could and would testify competently thereto.

4. The complaint was timely filed to ensure that all applicable statute of limitations were met. Plaintiff was and is still investigating issues that are implicated in the causes of actions alleged in the complaint.

5. Service was delayed because of the attempt to complete an investigation of the aforementioned issues prior to the completion of service of process.

6. The investigation was deferred because Plaintiff suffered from a life threatening health condition that arose after the complaint was filed. Due to the deferred investigation and unforeseen adverse health condition, service of process failed to comply with the Federal Rule 4(m) deadline for perfecting service.

7. Our office has caused a licensed California process server to effectuate service of process for this matter on all Defendants on March 21, 2017 and within the time frame of the Court's ORDER TO SHOW CAUSE.

8. A copy of the Return of Service evidencing service of process on all Defendants executed by Eddie Lash is attached hereto as Exhibit "A".

9. The delay in service was not for an improper purpose and the lawsuit does not constitute an unfair surprise to the Defendants. Counsel for the Defendants has previously been in communication with our office concerning this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 21, 2016 in the country of Sacramento.

Dated: March 21, 2017                    **AMERIO LAW FIRM, P.C.**

                                         **By:** /s/ Jeffrey Fletterick
                                         ASHLEY R. AMERIO, ESQ.
                                         JEFFREY FLETTERICK, ESQ.
                                         Attorneys for Plaintiff