1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  JOSEPH R. WHEELER, State Bar No. 216721
   Deputy Attorney General
4  R. LAWRENCE BRAGG, State Bar No. 119194
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone:  (916) 445-2595
7    Fax:  (916) 324-5205
     E-mail:  Lawrence.Bragg@doj.ca.gov
8  *Attorneys for Defendants Kernan, California
   Department of Corrections and Rehabilitation and
9  Rackley*

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

14

15  **ESTATE OF HUGO PINELL, et al.,**          2:16-cv-02309 TLN DB

                                     Plaintiffs,   **STIPULATION TO EXTEND TIME TO
16                                                 RESPOND TO COMPLAINT; ORDER**

17         **v.**                                  Judge:        The Honorable Troy L. Nunley
                                                   Trial Date:   Not Set
18  **STATE OF CALIFORNIA, et al.,**              Action Filed: September 23, 2016

19                                    Defendants.

20

21         The parties to the above action, through their respective counsel, stipulate as follows:

22         1.     Defendants California Department of Corrections and Rehabilitation (CDCR),

23  Kernan, and Rackley were served with the Summons and Complaint in this matter on March 21,

24  2017, and a responsive pleading is due to be filed by April 11, 2017.

25         2.     Defendants contend that Plaintiff Casimir-Taylor lacks standing to maintain this

26  action, and have met and conferred with counsel for Plaintiff to address this issue in an

27  expeditious fashion, in order to minimize legal costs and the use of judicial resources.

28  / / /

                                            1

3.      In order to further meet and confer concerning the standing issue, it is stipulated that the time for Defendants to respond to the Summons and Complaint is extended thirty days to May 11, 2017.

Dated: April 7, 2017                                    Respectfully submitted,

                                                        AMERIO LAW FIRM, P.C.

                                                        *s/ Jeffrey Fletterick*

                                                        JEFFREY FLETTERICK
                                                        *Attorneys for Plaintiffs*
                                                        *Estate of Hugo Pinell, deceased, by and*
                                                        *through Allegra Casimir-Taylor, as*
                                                        *successor in interest, and Allegra Casimir-*
                                                        *Taylor, individually*


Dated: April 7, 2017                                    XAVIER BECERRA
                                                        Attorney General of California
                                                        MONICA N. ANDERSON
                                                        Supervising Deputy Attorney General
                                                        JOSEPH R. WHEELER
                                                        Deputy Attorney General

                                                        *s/ R. Lawrence Bragg*

                                                        R. LAWRENCE BRAGG
                                                        Deputy Attorney General
                                                        *Attorneys for Defendants*
                                                        *Kernan, California Department of*
                                                        *Corrections and Rehabilitation and Rackley*


## <u>ORDER</u>

        GOOD CAUSE APPEARING, it is ordered that the time for Defendants to respond to the Summons and Complaint in this action is extended thirty days to May 11, 2017.

Dated:          April 11, 2017

                                                        _____
                                                        Troy L. Nunley
                                                        United States District Judge

2