XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
JOSEPH R. WHEELER, State Bar No. 216721
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 322-8152
  Fax:  (916) 324-5205
  E-mail:  Joseph.Wheeler@doj.ca.gov
*Attorneys for Defendants State of California,*
*California Department of Corrections and*
*Rehabilitation, Scott Kernan, and Ron Rackley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF HUGO PINELL, et al.,** | 2:16-cv-02309 TLN DB |
| Plaintiff, | **NOTICE AND MOTION OF DEFENDANTS TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | **[Fed. R. Civ. P. 12(b)(1)]** |
| Defendants. | Date:           July 13, 2017<br>Time:          2:00 p.m.<br>Courtroom:  2<br>Judge:         Hon. Troy L. Nunley |
| | Trial Date:    None<br>Action Filed:  September 23, 2016 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that, on July 13, 2017, at 2:00 p.m., or as soon thereafter as the

matter may be heard in Courtroom 2 of the above-entitled Court, Defendants State of California,

California Department of Corrections and Rehabilitation, Scott Kernan, and Ron Rackley, will

move to dismiss Plaintiffs' Complaint under Rule 12(b)(1) on the following grounds:

/ / /

1

(1)  this Court is without subject matter jurisdiction because Plaintiff Allegra Casimir-Taylor is not a proper party to bring this action before this Court and, therefore, lacks standing;

(2)  this Court lacks subject matter jurisdiction over the State of California and the California Department of Corrections and Rehabilitation because these Defendants are immune from suit in this Court under the Eleventh Amendment.

This motion is based on this Notice and Motion; the Memorandum of Points and Authorities, and all documents attached thereto; the Request for Judicial Notice, and all documents attached thereto; and the pleadings, records, and files in this action, as well as any other matter as may properly come before this Court.

Dated:  May 11, 2017                                  Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General
R. LAWRENCE BRAGG
Deputy Attorney General

*/s/ Joseph R. Wheeler*

JOSEPH R. WHEELER
Deputy Attorney General
*Attorneys for Defendants State of California, California Department of Corrections and Rehabilitation, Scott Kernan, and Ron Rackley*

SA2015301941
32810846

2

# CERTIFICATE OF SERVICE

**Case Name:** *Estate of Hugo Pinell, et al. v. State of California, et al.*
**Case No.:** **2:16-cv-02309 TLN DB**

I hereby certify that on **May 11, 2017**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> ➢ **NOTICE AND MOTION OF DEFENDANTS TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **May 11, 2017**, at Sacramento, California.

D. Kulczyk                                              */s/ D. Kulczyk*
                     Declarant                                                              Signature

Notice and Motion of Defendants to Dismiss for Lack of Subject Matter Jurisdiction (2:16-cv-02309 TLN DB)