IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF HUGO PINELL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, *et al.*, <br><br> Defendants. | No. 2:16-cv-02309-TLN-DB <br><br> **ORDER** |

Good cause appearing, Defendants' request to seal Plaintiff's birth certificate, attached as Exhibit "A" to Defendants' Request for Judicial Notice (ECF No. 14 at 5), as well as the Visiting Questionnaire, attached as Exhibit "A" to the points and authorities in support of Defendants' motion to dismiss (ECF No. 13-1 at 12–13), is GRANTED.

The documents will remain under seal unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: May 18, 2017

Troy L. Nunley
United States District Judge

1