XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
JOSEPH R. WHEELER, State Bar No. 216721
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-8152
 Fax: (916) 324-5205
 E-mail: Joseph.Wheeler@doj.ca.gov
*Attorneys for Defendants State of California, Kernan, California Department of Corrections and Rehabilitation and Rackley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Estate of HUGO PINELL, deceased, by and through ALLEGRA CASIMIR-TAYLOR, as Successor in Interest and ALLEGRA CASIMIR-TAYLOR, Individually,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SCOTT KERNAN, RON RACKLEY, and DOES 1 through 100, inclusive,**<br><br>Defendants. | 2:16-cv-02309 TLN DB<br><br>**STIPULATION REGARDING DNA TESTING; ORDER**<br><br><br><br>Judge: The Honorable Troy L. Nunley<br>Trial Date: Not Set<br>Action Filed: September 23, 2016 |

The Parties to this action, through their respective counsel, stipulate as follows:

1. The Parties have agreed to attempt to resolve the issue of whether Allegra Casimir-Taylor is, in fact, the daughter of Hugo Pinell, and has standing to maintain this action, by conducting DNA testing.

///

1

    2.    The DNA testing will be completed by the California Department of Justice Bureau of Forensic Sciences.

    3.    Allegra Casimir-Taylor will have her blood drawn by a lab selected, and as directed, by the California Department of Justice Bureau of Forensic Sciences.

    4.    Allegra Casimir-Taylor will make her best efforts to obtain an agreement from her mother to provide a blood sample for DNA testing.  If Allegra Casimir-Taylor's mother agrees to provide a blood sample, her mother's blood will be drawn by a lab selected, and as directed, by the California Department of Justice Bureau of Forensic Sciences.

    5.    A representative of the California Office of the Attorney General reserves the right to be present at the lab when both Allegra Casimir-Taylor and her mother provide their respective blood samples.

    6.    A blood sample from Hugo Pinell will be obtained by the California Department of Justice Bureau of Forensic Sciences

    7.    The hearing of Defendants' motion to dismiss, currently set for July 13, 2017, will be continued to September 21, 2017, pending the DNA testing.

    8.    If the results of the DNA testing are conclusive, the Parties agree to be bound by the results.  If DNA testing determines that Allegra Casimir-Taylor is the daughter of Hugo Pinell, Defendants will drop their challenge to Allegra Casimir-Taylor's standing to sue.  If DNA testing determines that Allegra Casimir-Taylor is not the daughter of Hugo Pinell, Allegra Casimir-Taylor will dismiss the action with prejudice.

    9    In the event that the results of the DNA testing are inconclusive, Allegra Casimir-Taylor's standing to sue will be determined by the Court, but no party is precluded from relying on or otherwise using the results to support their respective positions regarding Allegra Casimir-Taylor's standing to maintain this action.

/ / /

/ / /

/ / /

10. If any party desires to file the results of the DNA testing with the Court, that party will ensure that the results are filed under seal.

Dated:  June 26, 2017                             Respectfully submitted,

                                                            AMERIO LAW FIRM, P.C.

                                                            */s/ Jeffrey Fletterick*

                                                            JEFFREY FLETTERICK
                                                            *Attorneys for Plaintiffs*
                                                           *Estate of Hugo Pinell, deceased, by and through Allegra Casimir-Taylor, as successor in interest, and Allegra Casimir-Taylor, individually*

Dated:  June 26, 2017                             Respectfully submitted,

                                                            XAVIER BECERRA
                                                           Attorney General of California
                                                           MONICA N. ANDERSON
                                                           Supervising Deputy Attorney General

                                                           */s/ Joseph R. Wheeler*

                                                           JOSEPH R. WHEELER
                                                           Deputy Attorney General
                                                           *Attorneys for Defendants Kernan, California Department of Corrections and Rehabilitation and Rackley*

## ORDER

**GOOD CAUSE APPEARING**, it is ordered that, pending the results of the DNA testing as referenced in the stipulation above, the hearing on Defendants' motion to dismiss shall be continued from July 13, 2017, to September 21, 2017, at 2:00 p.m. in Courtroom 2.

Dated: June 27, 2017

                                                           Troy L. Nunley
                                                           United States District Judge