1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  JOSEPH R. WHEELER, State Bar No. 216721
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 322-8152
6   Fax: (916) 324-5205
    E-mail: Joseph.Wheeler@doj.ca.gov
7  *Attorneys for Defendants State of California,*
   *Kernan, California Department of Corrections and*
8  *Rehabilitation and Rackley*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

13

| | |
|---|---|
| **Estate of HUGO PINELL, deceased, by and through ALLEGRA CASIMIR-TAYLOR, as Successor in Interest and ALLEGRA CASIMIR-TAYLOR, Individually,** | 2:16-cv-02309 TLN DB |
| Plaintiff, | **AMENDED STIPULATION REGARDING DNA TESTING; ORDER** |
| v. | |
| **STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SCOTT KERNAN, RON RACKLEY, and DOES 1 through 100, inclusive,** | Judge:       The Honorable Troy L. Nunley<br>Trial Date:   Not Set<br>Action Filed:  September 23, 2016 |
| Defendants. | |

23      The Parties to this action, through their respective counsel, stipulate as follows:

24      1.      The Parties have agreed to attempt to resolve the issue of whether Allegra Casimir-

25  Taylor is, in fact, the daughter of Hugo Pinell, and has standing to maintain this action, by

26  conducting DNA testing.

27  / / /

28

                                    1

2. The DNA testing will be completed by the California Department of Justice Bureau of Forensic Sciences.

3. Allegra Casimir-Taylor will provide her DNA sample to a representative of a laboratory selected by, and as directed by, the California Department of Justice Bureau of Forensic Sciences.

4. Allegra Casimir-Taylor will make her best efforts to obtain an agreement from her mother to provide a DNA sample for testing. If Allegra Casimir-Taylor's mother agrees to provide a DNA sample, the sample will be provided to a representative of a laboratory selected by, and as directed, by the California Department of Justice Bureau of Forensic Sciences.

5. If Allegra Casimir-Taylor's mother declines to provide a DNA sample, Allegra Casimir-Taylor will provide the California Office of the Attorney General with current contact information for her mother, so that a representative of the California Office of the Attorney General may contact Allegra Casimir-Taylor's mother.

6. A representative of the California Office of the Attorney General reserves the right to be present at the lab when both Allegra Casimir-Taylor and her mother provide their respective DNA samples.

7. A DNA sample from Hugo Pinell will be obtained by the California Department of Justice Bureau of Forensic Sciences.

8. The hearing of Defendants' motion to dismiss, currently set for July 13, 2017, will be continued to September 21, 2017, pending the DNA testing.

9. If the results of the DNA testing are conclusive, the Parties agree to be bound by the results. If DNA testing determines that Allegra Casimir-Taylor is the daughter of Hugo Pinell, Defendants will drop their challenge to Allegra Casimir-Taylor's standing to sue. If DNA testing determines that Allegra Casimir-Taylor is not the daughter of Hugo Pinell, Allegra Casimir-Taylor will dismiss the action with prejudice.

10. In the event that the results of the DNA testing are inconclusive, Allegra Casimir-Taylor's standing to sue will be determined by the Court, but no party is precluded from relying

2

on or otherwise using the results to support their respective positions regarding Allegra Casimir-Taylor's standing to maintain this action.

11. If any party desires to file the results of the DNA testing with the Court, that party will ensure that the results are filed under seal.

Dated: June 26, 2017

Respectfully submitted,

AMERIO LAW FIRM, P.C.

*/s/ Jeffrey Fletterick*

JEFFREY FLETTERICK
*Attorneys for Plaintiffs*
*Estate of Hugo Pinell, deceased, by and*
*through Allegra Casimir-Taylor, as*
*successor in interest, and Allegra Casimir-*
*Taylor, individually*

Dated: June 26, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General

*/s/ Joseph R. Wheeler*

JOSEPH R. WHEELER
Deputy Attorney General
*Attorneys for Defendants Kernan, California*
*Department of Corrections and*
*Rehabilitation and Rackley*

## <u>ORDER</u>

**GOOD CAUSE APPEARING**, it is ordered that, pending the results of the DNA testing as referenced in the stipulation above, the hearing on Defendants' motion to dismiss shall be continued from July 13, 2017, to September 21, 2017, at 2:00 p.m. in Courtroom 2.

Dated: June 30, 2017

Troy L. Nunley
United States District Judge

3