XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
JOSEPH R. WHEELER, State Bar No. 216721
Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-2595
  Fax: (916) 324-5205
  E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants State of California, Kernan, California Department of Corrections and Rehabilitation and Rackley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Estate of HUGO PINELL, deceased, by and through ALLEGRA CASIMIR-TAYLOR, as Successor in Interest and ALLEGRA CASIMIR-TAYLOR, Individually,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SCOTT KERNAN, RON RACKLEY, and DOES 1 through 100, inclusive,**<br><br>Defendants. | 2:16-cv-02309 TLN DB<br><br>**STIPULATION REGARDING SUBPOENA DIRECTED TO SACRAMENTO COUNTY CORONER TO ACCOMPLISH DNA TESTING; (PROPOSED) ORDER**<br><br><br>Judge: The Honorable Troy L. Nunley<br>Trial Date: Not Set<br>Action Filed: September 23, 2016 |

The Parties to this action, through their respective counsel, stipulate as follows:

1. The Parties have agreed to attempt to resolve the issue of whether Allegra Casimir-Taylor is, in fact, the daughter of Hugo Pinell, and has standing to maintain this action, by conducting DNA testing.

///

2. In order to effectively conduct DNA testing, it is necessary to obtain a DNA sample from the deceased, Hugo Pinell.

3. An autopsy was performed on Hugo Pinell by the Sacramento County Coroner.

4. The Court has not opened formal discovery in this matter.

5. It is agreed that a Subpoena will be issued to the Sacramento County Coroner requesting production of DNA, tissue, and/or blood samples in its possession, custody, or control, concerning Hugo Pinell, to the California Department of Justice Bureau of Forensic Sciences, Jan Bashinski DNA Laboratory, for the purpose of completing DNA testing to resolve the issue of whether Allegra Casimir-Taylor is, in fact, the daughter of Hugo Pinell, and has standing to maintain this action.

6. No other formal discovery is permitted to occur in this action, absent a further Order from this Court.

Dated: July 14, 2017

Respectfully submitted,

AMERIO LAW FIRM, P.C.

*/s/ Jeffrey Fletterick*

JEFFREY FLETTERICK
*Attorneys for Plaintiffs
Estate of Hugo Pinell, deceased, by and through Allegra Casimir-Taylor, as successor in interest, and Allegra Casimir-Taylor, individually*

///

///

///

///

2

Dated: July 14, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General
JOSEPH R. WHEELER
Deputy Attorney General

*/s/ R. Lawrence Bragg*

R. LAWRENCE BRAGG
Deputy Attorney General
*Attorneys for Defendants State of California, Kernan, California Department of Corrections and Rehabilitation and Rackley*

SA2015301941
32963335.doc

## **ORDER**

**GOOD CAUSE APPEARING**, it is ordered that a Subpoena will be issued to the Sacramento County Coroner requesting production of DNA, tissue, and/or blood samples in its possession, custody, or control, concerning Hugo Pinell, to the California Department of Justice Bureau of Forensic Sciences, Jan Bashinski DNA Laboratory, for the purpose of completing DNA testing to resolve the issue of whether Allegra Casimir-Taylor is, in fact, the daughter of Hugo Pinell, and has standing to maintain this action. No other formal discovery is permitted to occur in this action, absent a further Order from this Court.

Dated:_____          _____
                                    HON. TROY L. NUNLEY
                                    UNITED STATES DISTRICT JUDGE

3

STIPULATION REGARDING SUBPOENA DIRECTED TO SACRAMENTO COUNTY CORONER TO
ACCOMPLISH DNA TESTING; (PROPOSED) ORDER  (2:16-cv-02309 TLN DB)