XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
JOSEPH R. WHEELER, State Bar No. 216721
Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-2595
 Fax:  (916) 324-5205
 E-mail:  Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants State of California, Kernan, California Department of Corrections and Rehabilitation and Rackley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Estate of HUGO PINELL, deceased, by and through ALLEGRA CASIMIR-TAYLOR, as Successor in Interest and ALLEGRA CASIMIR-TAYLOR, Individually,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SCOTT KERNAN, RON RACKLEY, and DOES 1 through 100, inclusive,**<br><br>Defendants. | 2:16-cv-02309 TLN DB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiffs Estate of Hugo Pinell and Allegra Casimir-Taylor, and Defendants State of California, California Department of Corrections and Rehabilitation, Kernan, and Rackley stipulate to a dismissal of the above action with prejudice under Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated:  July 25, 2017          Respectfully submitted,

AMERIO LAW FIRM, P.C.

*/s/ Jeffrey Fletterick*

JEFFREY FLETTERICK
*Attorneys for Plaintiffs
Estate of Hugo Pinell, deceased, by and through Allegra Casimir-Taylor, as successor in interest, and Allegra Casimir-Taylor, individually*

Dated:  July 25, 2017          XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General
JOSEPH R. WHEELER
Deputy Attorney General

*/s/ R. Lawrence Bragg*

R. LAWRENCE BRAGG
Deputy Attorney General
*Attorneys for Defendants State of California, Kernan, California Department of Corrections and Rehabilitation and Rackley*

SA2015301941
32978018.doc